# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 26, 2019

156355

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

CEDRIC DARNELL McFOLLEY,
        Defendant-Appellant.

SC:  156355
COA:  338080
Wayne CC:  14-005730-FH

_____/

By order of May 1, 2018, the application for leave to appeal the July 31, 2017 order of the Court of Appeals was held in abeyance pending the decision in *People v Straughter* (Docket No. 156198). On order of the Court, leave to appeal having been denied in *Straughter* on July 19, 2019, 504 Mich 930 (2019), the application is again considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 26, 2019



Clerk

a1118